**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 17, 2019.**



_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE:

    MICHAEL COLEMAN BLAKE          CASE NO. 18-11726-TMD

**DEBTOR(S)**          CHAPTER 13

**ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN AND DISMISSING CASE**

    Came on to be heard on May 14th, 2019, in Austin, Texas, the Confirmation Hearing for the above-referenced case at which Layla Milligan, attorney for Deborah B. Langehennig, Chapter 13 Trustee, appeared in person.

    The Court finds that confirmation is DENIED on the Chapter 13 Plan filed on March 19, 2019 and this case DISMISSED.

    IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Confirmation is DENIED on the Chapter 13 Plan filed on March 19, 2019.

    IT IS FURTHER ORDERED that this Chapter 13 case be, and hereby is, DISMISSED.

IT IS FURTHER ORDERED that the Trustee be discharged and relieved of her trust and her sureties, and that the remaining balances of all debts due and owing creditors as of the date of this dismissal are not discharged or affected in any manner by this order.

###

Prepared by:

Deborah B. Langehennig, Chp. 13 Trustee
6201 Guadalupe Street
Austin, Texas 78752
(512) 912-0305
www.ch13austin.com